NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**FLYGRIP, INC.,**
*Appellant*

**v.**

**POPSOCKETS LLC,**
*Appellee*

---

2024-1310, 2024-1311

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2022-00937, IPR2022-00938.

---

**JUDGMENT**

---

GREGORY J. GONSALVES, Law Office of Dr. Gregory J. Gonsalves, Falls Church, VA, argued for appellant.  Also represented by ROBERT KATZ, Katz PLLC, Dallas, TX.

IAN WASHBURN, Irell & Manella LLP, Los Angeles, CA, argued for appellee.  Also represented by LUCAS OXENFORD; JONATHAN M. LINDSAY, Newport Beach, CA.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (MOORE, *Chief Judge*, PROST and TARANTO, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

October 9, 2025
Date

Jarrett B. Perlow
Clerk of Court